```
1  Jack Scott
   7628 E.Onyx Court
2  Scottsdale,Az.85258
   480-991-8664
3
   In Propria Persona
4
```

FILED ____ LODGED
RECEIVED ____ COPY
JUN 18 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ B DEPUTY

In The United States District Court
For The District of Arizona

| | | |
|---|---|---|
| Jack Scott | ) | Case Number |
| | ) | |
| Plaintiff in Pro Se | ) | CV 09-1313-PHX-GMS |
| | ) | |
| vs. | ) | Motion for Temporary |
| | ) | Restraining Order(TRO) |
| GMAC MortgageLLC dba Homecomings Financial) | | |
| | ) | |
| Mortgage Electronic Registration Systems | ) | |
| | ) | |
| Executive Trustee Services LLC | | |
| CFS Mortgage Corporation | | |
| First National Bank of Arizona | | |
| Does 1-10 | | |
| Defendants | | |

NOW COMES Plaintiff Jack Scott Pursuant to Rule 92.2(a),Rules of Civil

Procedure,to hereby request that the Court,upon Plaintiff's Verified

Complaint,Case#......................,issue a Temporary Restraining Order

against Defendants:

GMAC Mortgage LLC dba Homecomings Financial

Mortgage Electronic Registration Systems and

Executive Trustee Services LLC

as they have issued a Notice of Trustee Sale scheduled for June 24th 2009 for

property located at 7628 E.Onyx Court,Scottsdale,Az.85258.

In support of Plaintiff's application,the verified Complaint and Notice of

[**Summary of pleading**] - 1

1  Lis Pendens is attached herewith and incorporated by reference.
2  Plaintiff is requesting a Temporary Restraining Order without written or oral
3  notice to adverse parties or their attorneys as Defendants actions compels
4  such action be taken immediately.
5  As clearly shown in the Verified Complaint and affidavit attached hereto, if
6  Defendants are allowed to proceed with aforementioned sale, Plaintiff will be
7  immediately and irreparably harmed before the adverse party can be be heard
8  in opposition; and the movant certifies in writing any efforts made to give
9  notice and/or the reasons why it should not be required. The hearing is
10 expected to take one day.
11 WHEREFORE, Plaintiff Scott prays that the Court will grant the temporary
12 restraining order against said named Defendants , in order that Plaintiff's
13 home not be sold, and that this matter be heard before the Court on a point
14 by point basis to determine if Defendants have proper authority to proceed
15 with a foreclosure.

Respectfully Submitted this ...18th... Day of ...JUNE... 2009

By: _____Jack Scott_____
Jack Scott, Plaintiff in Persona Propria

[Summary of pleading] - 2

**AFFIDAVIT OF:**

Jack Scott

7628 E.Onyx Court

Scottsdale,Az.85258

_____

I,Jack Scott,hereinafter referred to as the Affiant,being of sound mind and over the age of 18.rendering this affidavit and being duly sworn,depose that the statements made herein are true and correct to the best of my knowledge, and not meant to mislead.I Jack Scott state the following:

1.On ...18ᵗʰ JUNE... 2009,Plaintiff filed Complaints for Declaratory Relief and for Injunctive Relief and Damages in the United States District Court for the District of Arizona in Maricopa County-Case Number ........................................................

2.On or about ............................ 2009 at ..................... Defendant GMAC Mortgage LLC dba Homecomings Financial was notified by certified mail that said Complaints had been filed.

3.On or about............................ 2009 at ..................... Defendant Mortgage Electronic Registration Systems was notified by certified mail that said Complaints had been filed.

4.On or about ............................2009 at ........................ Defendant Executive Trustee Services LLC was notified by certified mail that said Complaints had been filed.

5.On or about ............................2009 at ........................ Defendant CFS Mortgage Corporation was notified by certified mail that said Complaints had been filed.

6.On or about ............................2009 at ........................Defendant First Mutual of Omaha was notified by certified mail that said Complaints had been filed.

.All of the Defendants named above received:

[**Summary of pleading**] - 1

1  . Copy of Complaint for Declaratory Relief,Injunctive Relief and Damages.
2  . Copy of Complaint for Injunctive Relief and Damages
3  . Copy of Notice of Lis Pendens
4
5  7.On or about  17th June  2009,Plaintiff called the offices of Defendant GMAC
6  Mortgage LLC dba Homecomings Financial to inquire about the status of the
7  wrongful foreclosure sale scheduled for 24th June 2009.Plaintiff was informed
8  that regardless of the Complaints being filed,Defendants GMAC Mortgage LLC
9  dba Homecomings Financial,Executive Trustee Services LLC,and Mortgage
10 ElectronicRegistration Systems intend to proceed with the sale scheduled for
11 June 24th2009.
12 8.This matter is in litigation and a proper hearing has not been scheduled by
13 the Court in order for this case to be heard point by point as to whether:
14 a. Defendants have properly processed a legal foreclosure and whether
15 b. Defendants are legally entitled to foreclose on the subject Property.
16  Defendants acts are without authority and Plaintiff has sustained great and
17 irreparable injury in that Defendants are continuing to attempt a wrongful
18 foreclosure on the Plaintiff's Property which is unique and irreplaceable,
19 and which, if allowed, will result in the loss of use and enjoyment of the
20 home by the Plaintiff.
21 "A piece of property is always considered unique,and it's loss is always an
22 irreparable injury."
23 See-*United Church of the Med.Ctr.Comm'n689 F.2d 693,701 (7th Cir.1989)* and
24 See-*Pelfresne v Village of Williams Bay,865F.2d 877, 883 (7th Cir.1989)*.
25 Consequently there is not any adequate remedy at law for the loss of a home.
26 As a direct and proximate cause of Defendants failure to cease foreclosure
27 action,Plaintiff is subject to the loss of the Property and the use and
28 enjoyment thereof, and will, in addition, sustain other damages as a result
   of the Defendants wrongful acts.

[**Summary of pleading**] - 2

1  9.I,Jack Scott, further affirm that this Affidavit signed by me,Jack Scott
2  regarding Defendants:
3  GMAC Mortgage LLC dba Homecomings Financial       and
4  Mortgage Electronic Registration Systems          and
5  Executive Trustee Services LLC                    and
6  CFS Mortgage Corporation                          and
7  First Mutual of Omaha
8  is true and correct.
9  10.I am signing this Affidavit voluntarily and of my own free will,and no
10 force has been used against me or threats or promises made.

_____  Date: JUNE 18th 2009
Jack Scott