IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JACK SCOTT, | No. CV-09-1313-PHX-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| GMAC MORTGAGE, LLC, et al., | |
| Defendants. | |

On August 17, 2009, the Court's Order (Dkt. # 10), directed Plaintiff to show cause as to why this matter should not be dismissed for lack of subject matter jurisdiction. Plaintiff's memorandum was due before 5:00 p.m. on September 11, 2009. Plaintiff was further informed that should he fail to respond, the matter would be dismissed. No response having been made, therefore,

**IT IS HEREBY ORDERED** dismissing this matter.

DATED this 22nd day of September, 2009.

_____
G. Murray Snow
United States District Judge